FILED

04/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0101

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. 24-0101

THOMAS C. WEINER, M.D.,

Plaintiff and Appellant,

v.

ST. PETER'S HEALTH, a Montana
Domestic Nonprofit Corporation,
d/b/a St. Peter's Hospital, WADE
JOHNSON, JAMES TARVER, M.D.,
KERRY HALE, M.D., SHELLY
HARKINS, M.D., TODD WAMPLER,
M.D., RANDY SASICH, M.D., and
JOHN DOES 1-5,

Defendants and Appellees.

On Appeal from Montana First Judicial District Court, Lewis & Clark County
Cause No. ADV 2020-1988, Hon. Mike Menahan, District Court Judge

**ORDER GRANTING UNOPPOSED EXTENSION OF TIME**

Pursuant to the authority granted under Rule 26, M.R.App.P., Appellant's Unopposed

Motion for Extension of Time is granted. Appellant may file and serve his opening brief in this

matter on or before Wednesday, May 8, 2024.

DATED this _____ day of April, 2024.

_____
Clerk of Court

1

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 8 2024